NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-7017

ISHMEAL W. JEMMOTT, JR.,

Claimant-Appellant,

v.

ERIC K. SHINSEKI, Secretary of Veterans Affairs,

Respondent-Appellee.

Appeal from the United States Court of Appeals for Veterans Claims in 08-2611, Judge William A. Moorman.

Before DYK, Circuit Judge.

## ORDER

Ishmeal W. Jemmott, Jr. moves without opposition to reinstate his appeal.

On December 31, 2008, the court dismissed Jemmott's appeal for failure to file his brief.

Upon consideration thereof,

IT IS ORDERED THAT:

(1)    The December 31, 2008 order will be vacated, the mandate will be recalled and Jemmott's appeal will be reinstated if he files his informal brief within 21 days from the date of filing of this court's order.

(2)    The official caption is reflected above.

FEB 2 5 2009

_____
Date

FOR THE COURT

/s/ Jan Horbaly
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 2 5 2009

JAN HORBALY
CLERK

cc:    Ishmeal W. Jemmott, Jr. (informal brief form enclosed)
       Michael J. Dierberg, Esq.

s19